COREY THOMAS

VERSUS

STATE OF LOUISIANA

NO. 24-KH-607

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

January 08, 2025

Linda Wiseman
First Deputy Clerk

**IN RE** COREY THOMAS

---

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE STEPHEN C. GREFER, DIVISION "J", NUMBER 14-6558

---

Panel composed of Judges Susan M. Chehardy,
Jude G. Gravois, and Marc E. Johnson

**WRIT DENIED**

Relator, Corey Thomas, has filed a "Motion to Vacat [sic] Illegal Sentence Pursuant to La. C.Cr.P. Art. 872 and Art. 882" in this Court, requesting that this Court vacate his habitual offender sentence which was purportedly imposed on August 5, 2015 under La. R.S. 15:529.1 after he admitted to being a second felony offender, following his July 14, 2015 conviction for "being a convicted felon with a weapon." In his motion, relator asserts that his habitual offender sentence "does not rest upon a valid and sufficient plea of guilty" as required by La. C.Cr.P. art. 872, "due to his past prior's [sic] used to multibill" him (possession of marijuana, second offense, and illegal possession of a stolen automobile). He further asserts that under La. C.Cr.P. art. 882, this Court has the authority to correct his "illegal" sentence at any time "on review."

This Court is not a court of first impression and may only review matters first presented to the district court for ruling. Relator has not presented this Court

with any ruling of the district court to review.  It does not appear that relator has first sought relief in the district court.  Upon review, on the showing made, there is nothing for this Court to review, and thus, this writ application is denied.

Gretna, Louisiana, this 8th day of January, 2025.

**JGG**
**SMC**
**MEJ**



SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

FIFTH CIRCUIT
101 DERBIGNY STREET (70053)
POST OFFICE BOX 489
GRETNA, LOUISIANA 70054
www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **01/08/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**24-KH-607**

CURTIS B. PURSELL
CLERK OF COURT

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Stephen C. Grefer (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Corey Thomas #436651 (Relator)
Elayn Hunt Correctional Center
6925 Highway 74
St. Gabriel, LA 70776